Hon. Michelle L. Peterson

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| Sung K Hwang,<br><br>            Plaintiff,<br><br>   v.<br><br>Central Portfolio Control, Inc.,<br><br>            Defendant. | No. C20-1535-MLP<br><br>STIPULATION OF DISMISSAL |

**IT IS HEREBY STIPULATED AND AGREED**, by and among plaintiff Sung K Hwang and defendant Central Portfolio Control, Inc., by and through their undersigned attorneys, that the above-captioned action be, and hereby is, dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear her or its own costs and attorneys' fees.

STIPULATION OF DISMISSAL (C20-1535-MLP)

Dated: June 7, 2021

| **BARSHAY SANDERS, PLLC** | **M|B LAW GROUP** |
|---|---|
| By:*/s Craig B. Sanders* | By:   /s Michael Farrell |
| Craig B. Sanders, Esq. | Michael Farrell, Esq. |
| 100 Garden City Plaza, Suite 500 | 117 SW Taylor Street, Suite 200 |
| Garden City, New York 11530 | Portland, OR 97204 |
| Tel: (516) 203-7600 | Tel: (503) 220-4289 |
| Fax: (516) 282-7878 | Email: mfarrell@mblglaw.com |
| Email: csanders@sanderslawpllc.com | *Attorneys for Defendant* |
| *Attorneys for Plaintiff* | |

**SO ORDERED.**

Dated this 9th day of June, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

STIPULATION OF DISMISSAL (C20-1535-MLP)